IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| In Re: Bruce Asher | ) | |
| SSN: XXX-XX-7631 | ) | Case No. 16-81438-CRJ-7 |
| June Asher | ) | Chapter 7 |
| SSN: XXX-XX-9635 | ) | |
| | ) | |
| Debtors. | ) | |

**MOTION TO APPROVE SETTLEMENT
AND DISTRIBUTE FUNDS**

COME NOW the Debtors, Bruce and June Asher, and request that the Court approve the following settlement with regard to insurance proceeds relating to an automobile accident and distribute funds as set out below. In support of this motion, Debtors state as follows:

1. This case was filed on May 13, 2016 and subsequently converted to a case under Chapter 7 on September 2, 2021.

2. When Debtors initially filed their case, they owned a 2013 Hyundai Accent. Flagship Credit Acceptance was the lienholder. That vehicle was wrecked and the Debtors were permitted to use the insurance proceeds to purchase a replacement vehicle, a 2014 Chevrolet Equinox, in which Flagship held the replacement lien. During the course of the chapter 13 case, the claim to Flagship was paid and it released its lien on the vehicle.

3. The 2014 Chevrolet Equinox was involved in an accident and declared a total loss. Progressive Insurance has agreed to pay $10,210.92 for the vehicle.

4. Debtors have exempted $10,045.00 of the proceeds and request that those funds be distributed to them. Debtors consent to the balance of the funds of $165.92 being paid to the Chapter 7 Trustee.

WHEREFORE, THE ABOVE PREMISES CONSIDERED, Debtors request that the Court approve the settlement with Progressive Insurance and authorize the distribution of the proceeds as set out above.

/s/ Melissa W. Larsen
MELISSA W. LARSEN
Attorney for Debtors
521 Madison Street, Ste 201
Huntsville, Alabama 35801
Phone: (256) 970-4217

## CERTIFICATE OF SERVICE

      I, Melissa W. Larsen do hereby certify that I have this day served a copy of the above and foregoing instrument, electronically, on Tazwell Shepard, Chapter 7 Trustee, and postage paid and properly addressed to all entities listed on the Clerk's matrix, and on

Progressive Insurance
c/o Saranda Sumerlin
2100 River Chase Center, Bldg 100, Ste 110
Birmingham, AL 35244

THIS the 10th day of September, 2021.

                                                /s/ Melissa W. Larsen
                                                MELISSA W. LARSEN